IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY VALESTINE MILLER TURNER,
    *Plaintiff*,

v.

TERRY SHIREY, et al.,
    *Defendants*.

CIVIL ACTION
NO. 16-3886

## **ORDER**

**AND NOW,** this 1st day of May, 2017, upon consideration of the Motion to Dismiss, filed by Terrance A. Shirey and Jonathan Williams, (ECF No. 5), and Plaintiff's Opposition thereto (ECF No. 6), it is hereby **ORDERED** that said Motion is **GRANTED** pursuant to Federal Rules 12(b)(5) and 12(b)(2).

It is further **ORDERED** that this case is **DISMISSED** in its entirety for lack of subject matter jurisdiction. The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.